B1 (Official Form 1)(12/11)

# United States Bankruptcy Court
## Northern District of Illinois

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Advance Presort Service, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-3180538** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**4258 N. Knox Ave.**<br>**Chicago, IL**<br>ZIP Code **60641-1903** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.)

### Nature of Business
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

### Chapter of Bankruptcy Code Under Which
**the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding

### Chapter 15 Debtors
Country of debtor's center of main interests:

Each country in which a foreign proceeding
by, regarding, or against debtor is pending:

### Tax-Exempt Entity
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code).

### Nature of Debts
(Check one box)
- ☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."
- ■ Debts are primarily<br>business debts.

### Filing Fee (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Advance Presort Service, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
| --- | --- | --- |
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
| --- | --- | --- |
| Name of Debtor:  **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| --- | --- |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)       (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Advance Presort Service, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X  /s/ SCOTT R. CLAR**
Signature of Attorney for Debtor(s)

  **SCOTT R. CLAR 06183741**
Printed Name of Attorney for Debtor(s)

  **Crane, Heyman, Simon, Welch & Clar**
Firm Name
  **Suite 3705**
  **135 South LaSalle Street**
  **Chicago, IL 60603-4297**

Address

  **312-641-6777  Fax: 312-641-7114**
Telephone Number

  **May 14, 2012**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Dennis MacHarg**
Signature of Authorized Individual
  **Dennis MacHarg**
Printed Name of Authorized Individual
  **President**
Title of Authorized Individual
  **May 14, 2012**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

**B4 (Official Form 4) (12/07)**

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Advance Presort Service, Inc.**        Case No.

                                                            Debtor(s)        Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **1005 West Huron LLC**<br>**c/o James Borek**<br>**1005 W. H uron St.**<br>**Chicago, IL 60642** | **1005 West Huron LLC**<br>**c/o James Borek**<br>**1005 W. H uron St.**<br>**Chicago, IL 60642** | | | **129,425.68** |
| **AHI, Inc.**<br>**6400 Shafer Court**<br>**Dundee, IL 60118** | **AHI, Inc.**<br>**6400 Shafer Court**<br>**Dundee, IL 60118** | | | **814,123.45** |
| **Anthony Campanale & Associates**<br>**19 S. LaSalle, #1500**<br>**Chicago, IL 60603** | **Anthony Campanale & Associates**<br>**19 S. LaSalle, #1500**<br>**Chicago, IL 60603** | | | **22,950.72** |
| **Bell & Howell LLC**<br>**7049 Solution Center**<br>**Chicago, IL 60677-7000** | **Bell & Howell LLC**<br>**7049 Solution Center**<br>**Chicago, IL 60677-7000** | | | **21,842.28** |
| **Bell & Howell, LLC**<br>**7049 Solultion Center**<br>**Chicago, IL 60677-7000** | **Bell & Howell, LLC**<br>**7049 Solultion Center**<br>**Chicago, IL 60677-7000** | | | **22,356.12** |
| **City of Chicago Dept. of Rev.**<br>**22149 Network Place**<br>**Chicago, IL 60673-1221** | **City of Chicago Dept. of Rev.**<br>**22149 Network Place**<br>**Chicago, IL 60673-1221** | | | **12,193.78** |
| **Drinker Biddle & Reath**<br>**191 N. Wacker, #3700**<br>**Chicago, IL 60606-1698** | **Drinker Biddle & Reath**<br>**191 N. Wacker, #3700**<br>**Chicago, IL 60606-1698** | | | **41,332.28** |
| **Fleet Services**<br>**1005 W. Huron**<br>**Chicago, IL 60622** | **Fleet Services**<br>**1005 W. Huron**<br>**Chicago, IL 60622** | | | **16,610.86** |
| **HIC Direct, Inc.**<br>**1150 Northbrook Dr., #200**<br>**Des Plaines, IL 60018** | **HIC Direct, Inc.**<br>**1150 Northbrook Dr., #200**<br>**Des Plaines, IL 60018** | | | **298,076.16** |
| **Huron Street Delivery**<br>**2641 S. Levitt**<br>**Chicago, IL 60608** | **Huron Street Delivery**<br>**2641 S. Levitt**<br>**Chicago, IL 60608** | | | **217,187.47** |
| **ID Mail Systems**<br>**180 Johnson St., 2nd Floor**<br>**Middletown, CT 06457-2247** | **ID Mail Systems**<br>**180 Johnson St., 2nd Floor**<br>**Middletown, CT 06457-2247** | | | **10,316.91** |

**B4 (Official Form 4) (12/07) - Cont.**
In re  **Advance Presort Service, Inc.**                                 Case No. _____
                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| McMaster Carr, Inc.<br>600 County Line Rd.<br>Elmhurst, IL 60126 | McMaster Carr, Inc.<br>600 County Line Rd.<br>Elmhurst, IL 60126 | | | 158,153.84 |
| Nancy Kokat<br>1010 Thomas<br>Forest Park, IL 60130 | Nancy Kokat<br>1010 Thomas<br>Forest Park, IL 60130 | | | 12,000.00 |
| Peoples Gas<br>Payment Center<br>Chicago, IL 60687-0001 | Peoples Gas<br>Payment Center<br>Chicago, IL 60687-0001 | | | 12,263.89 |
| Siemens Financial Services<br>170 Wood Avenue South<br>Iselin, NJ 08830 | Siemens Financial Services<br>170 Wood Avenue South<br>Iselin, NJ 08830 | | | 174,350.51 |
| Siemens Financial Svcs.<br>3417 Collection Center Dr.<br>Chicago, IL 60693 | Siemens Financial Svcs.<br>3417 Collection Center Dr.<br>Chicago, IL 60693 | | | 137,403.44 |
| Start Sampling<br>195 E. Elk Trail<br>Dundee, IL 60118 | Start Sampling<br>195 E. Elk Trail<br>Dundee, IL 60118 | | | 1,293,000.00 |
| The Hartford Group<br>301 Woods Park Avenue<br>Clinton, NY 13323 | The Hartford Group<br>301 Woods Park Avenue<br>Clinton, NY 13323 | | | 36,840.00 |
| Weltman Bernfield LLC<br>485 East Half Day Road<br>Buffalo Grove, IL 60089-8806 | Weltman Bernfield LLC<br>485 East Half Day Road<br>Buffalo Grove, IL 60089-8806 | | | 49,430.00 |
| Wright Express Fleet Services<br>PO Box 639<br>Portland, ME 04104 | Wright Express Fleet Services<br>PO Box 639<br>Portland, ME 04104 | | | 10,860.59 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **May 14, 2012**                        Signature   **/s/ Dennis MacHarg**
                                                          **Dennis MacHarg**
                                                          **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                  18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Advance Presort Service, Inc.**                                    Case No.
                                    Debtor(s)                               Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                **86**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **May 14, 2012**                          **/s/ Dennis MacHarg**
                                                 **Dennis MacHarg**/**President**
                                                 Signer/Title

1005 W. Huron LLC
1005 West Huron St.
Chicago, IL 60642

Associated Currency
Laramie & Diversey
Chicago, IL 60641

Bowe Bell & Howell Company
77049 Solution Center
Chicago, IL 60677-7000

.

1005 West Huron LLC
c/o James Borek
1005 W. H uron St.
Chicago, IL 60642

Associated Currency
4801 W. Cermak
Cicero, IL 60804

Ceridian Employer Services
PO Box 10989
Newark, NJ 07193-0989

ADT Security Services
14200 E. Exposition Ave.
Aurora, CO 80012

AT&T
PO Box 5019
Carol Stream, IL 60197-5019

Chicago Dept. of Revenue Drivewa
8034 Innovation Way
Chicago, IL 60682

ADT Security Services
PO Box 371967
Pittsburgh, PA 15250-7967

AT&T Alarm
PO Box 8100
Aurora, IL 60507

Chicagoland Truck Rental
3939 W. Montrose
Chicago, IL 60618

AHI, Inc.
6400 Shafer Court
Dundee, IL 60118

AT&T Line Charges
PO Box 5080
Carol Stream, IL 60197-5080

Citadel
827 Blackhawk Dr.
Westmont, IL 60559

Allegra Marketing
859 Oakton Street
Elk Grove Village, IL 60007

AT&T Long Distance
PO Box 5017
Carol Stream, IL 60197-5017

City of Chicago
Department of Finance
333 S. State St., #300
Chicago, IL 60604

American Arbitration Assoc.
13455 Noel Rd., #1750
Dallas, TX 75241

AT&T Mobility
PO Box 6463
Carol Stream, IL 60197-6463

City of Chicago
Cook County Treasurer
Chicago, IL 60601

American Chartered Bank
20 N. Martingale Rd., #600
Schaumburg, IL 60173

AT&T Router
PO Box 5019
Carol Stream, IL 60197-5019

City of Chicago Dept. of Rev.
22149 Network Place
Chicago, IL 60673-1221

Anthony Campanale & Associates
19 S. LaSalle, #1500
Chicago, IL 60603

Bell & Howell LLC
7049 Solution Center
Chicago, IL 60677-7000

City of Chicago Dept. Water
8108 Innovation Way
Chicago, IL 60682-0081

Anthony Finnelly

Bell & Howell, LLC
7049 Solultion Center
Chicago, IL 60677-7000

ComEd
Payment Processing
P.O. Box 6111
Carol Stream, IL 60197-6111

| | | |
|---|---|---|
| Dennis MacHarg<br>3617 N. Kedvale<br>Chicago, IL 60631 | Fleet Services<br>1005 W. Huron<br>Chicago, IL 60622 | Internal Revenue<br>PO Box 219236<br>Kansas City, MO 64121-7288 |
| Dennis MacHarg | Guardian Appleton<br>PO Box 677458<br>Dallas, TX 75267-7458 | Internal Revenue Service<br>Debre Alcorte Settlement Officer<br>4050 Alpha Road, #517<br>Dallas, TX 75244 |
| DMI<br>309 Ferrari Way<br>Lincoln, CA 95648 | HIC Direct, Inc.<br>1150 Northbrook Dr., #200<br>Des Plaines, IL 60018 | Jorge Espinosa |
| DMI International<br>3329 Ridgeview Drive<br>El Dorado Hills, CA 95762 | Home Depot Credit Services<br>PO Box 6029<br>The Lakes, NV 88901-6029 | Justin Schultze<br>583 Seth Street<br>Bolingbrook, IL 60440 |
| Drinker Biddle & Reath<br>191 N. Wacker, #3700<br>Chicago, IL 60606-1698 | HPL & S, Inc.<br>700 Busse<br>Elk Grove Village, IL 60007 | Mail Sort<br>151 S. Pfingsten, Unit H<br>Deerfield, IL 60015 |
| Eastman Kodak<br>1778 Solutions Center<br>Chicago, IL 60677-1007 | Huron Street Delivery<br>2641 S. Levitt<br>Chicago, IL 60608 | Maria Hernandez |
| ERS Group<br>4901 Tower Court<br>Tallahassee, FL 32303 | ID Mail Systems<br>180 Johnson St., 2nd Floor<br>Middletown, CT 06457-2247 | McMaster Carr, Inc.<br>600 County Line Rd.<br>Elmhurst, IL 60126 |
| Estate of William MacHarg<br>3649 N. Keeler<br>Chicago, IL 60641 | Industrial Door Company<br>1555 Landmeier Road<br>Elk Grove Village, IL 60007 | Motorola Mobility<br>600 N. Highway 45<br>Libertyville, IL 60048 |
| Eugene Spina<br>6836 N. Olcott<br>Chicago, IL 60631 | Inkjet, Inc.<br>1111 Inkjet Way<br>Willis, TX 77378 | MS Sorter Solutions<br>9209 E. 9th Street<br>Cushing, OK 74023 |
| Eugene Spina | Interal Revenue Service<br>A. Gentry Revenue Officer<br>230 S. Dearborn St., Stop 5115<br>Chicago, IL 60604 | MSI Mail Services, Inc.<br>PO Box 347<br>Sterling, VA 20167-0347 |

Nak Pest Control
5860 N. Lincoln Ave.
Chicago, IL 60659-4611

R. Swiek Company
5343 W. Dakin
Chicago, IL 60630

Superior Industrial Drive
7300 N. Oak Park
Niles, IL 60714

Nancy Kokat
1010 Thomas
Forest Park, IL 60130

Raynold Calderon

The Hartford Group
301 Woods Park Avenue
Clinton, NY 13323

Natalea MacHarg

Roy Strom Refuse Removal
1201 Greenwood Avenue
Maywood, IL 60153

W.W. Grainger, Inc.
Accounts Payable Dept.
Palatine, IL 60038-0001

Ocon Incorporated
PO Box 411852
Chicago, IL 60641

Schoenbert, Finkel Newman & Rosenbe
222 S. Riverside Plaza
Chicago, IL 60606-6101

Weltman Bernfield LLC
485 East Half Day Road
Buffalo Grove, IL 60089-8806

Office of the City Clerk
121 N. LaSalle
Chicago, IL 60602

Sevilla's Auto Service
4635 N. Milwaukee
Chicago, IL 60630

Whittier Mailing Products, Inc.
13019 Park Street
Santa Fe Springs, CA 90670-4005

People of the State of Illinois
Illinois Attorney General
100 W. Randolph St., Rm. 13-210
Chicago, IL 60601

Siemens Financial Services
170 Wood Avenue South
Iselin, NJ 08830

Wright Express Fleet Services
PO Box 639
Portland, ME 04104

Peoples Gas
Payment Center
Chicago, IL 60687-0001

Siemens Financial Svcs.
3417 Collection Center Dr.
Chicago, IL 60693

Photo Enforcement Program
75 Remittance Drive, #6658
Chicago, IL 60675-6658

Sir Speedy
1711 N. Clybourn Ave.
Chicago, IL 60614

Physicians Immediate Care
PO Box 15473
Loves Park, IL 61111

Start Sampling
195 E. Elk Trail
Dundee, IL 60118

Power Lines
21 Currie Avenue
Wallington, NJ 07057-2233

State of Illinois - IDES
33 S. State Street
Chicago, IL 60603

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Advance Presort Service, Inc.**                                              Case No.
                                                   Debtor(s)                          Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Advance Presort Service, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| May 14, 2012 | /s/ SCOTT R. CLAR |
| Date | **SCOTT R. CLAR** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Advance Presort Service, Inc.** |
| | **Crane, Heyman, Simon, Welch & Clar** |
| | **Suite 3705** |
| | **135 South LaSalle Street** |
| | **Chicago, IL 60603-4297** |
| | **312-641-6777 Fax:312-641-7114** |